[Filed February 26, 1917.]

[163 Pac. 268.]

## Re SAM WOOD, ED SUMMERFIELD, A. D. ROSS and CHARLES SUTTON.

Original applications for admission to bail. Applications denied.

Messrs. Doan & Doan, for Applicants.

PER CURIAM.—Application for bail is made in behalf of the following named defendants, to wit: Sam Wood, Ed Summerfield, A. D. Ross and Charles Sutton. The application in each case is original, and in all respects similar to that in *Re Paul Welisch, ante,* p. 517, 163 Pac. 264, just decided, and on the authority of that case it is ordered that the application in each of said cases be and the same is hereby denied.

CUNNINGHAM, J. (Specially Concurring).—I concur in the order denying the applications for bail, for the reasons stated by me in *Re Paul Welisch, ante,* p. 517, 163 Pac. 264, decided at the same time with this cause.